# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS, | Case No.: 1:18-cv-1388 - JLT |
| Plaintiff, | ORDER REMANDING THE ACTION PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On February 20, 2019, the parties filed a stipulation that this matter be remanded pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. 12) In relevant part, 42 U.S.C. § 405(g) provides:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security, and it may at any time order additional evidence to be taken before the Commissioner of Social Security, but only upon a showing that there is new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding . . .

*Id.*

The parties report that "[m]eaningful review of this case is not possible numerous medical records and portions of the administrative record are missing and/or incomplete and there are no hearing recordings on file." (Doc. 7 at 1) Therefore, the parties have stipulated that "[u]pon receipt of the remand order, the Appeals Council will remand the case to an administrative law judge (ALJ) for further direction to reconstruct the record." (*Id.* at 2)

1

Good cause appearing, and based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative action pursuant to sentence six of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g); and

2. The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **February 21, 2019**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE