UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01388-CDB (SS)<br><br>ORDER ON STIPULATION REOPENING ACTION<br><br>(Doc. 9) |

  By stipulation of the parties, the Court remanded this action on February 22, 2019, pursuant to sentence six of 42 U.S.C. § 405(g), to the Commissioner for further administrative action. (Docs. 7-8). On January 10, 2023, the parties filed a stipulation to reopen. (Doc. 10).

  "[S]entence six remands do not constitute final judgments." *Akopyan v. Barnhart*, 296 F.3d 852, 855 (9th Cir. 2022). Therefore, in a sentence-six remand case, the Court retains jurisdiction following remand. *Melkonyan v. Sullivan*, 501 U.S. 89, 98-99 (1991). The Commissioner is to return to the court following completion of the administrative proceedings on remand so that the court may enter a final judgment. *Id.*; *see also Davis v. Astrue*, No. 1:08-cv-00525-JLT, 2011 WL 4620954, *1 (E.D. Cal. Oct. 4, 2011) (reopening action following voluntary remand to permit resolution of the case). Therefore, it is appropriate to reopen this action.

  / / /

Accordingly, it is HEREBY ORDERED:

1. The action is reopened;
2. Defendant shall file an answer and certified administrative record within 90 days of this order.

IT IS SO ORDERED.

Dated: **January 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2