1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  RONNIE SANDERS, | Case No. 1:18-cv-01388-CDB (SS) |
| 12      Plaintiff, | ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* JOINT TIME TO FILE |
| 13      v. | AND SERVE CERTIFIED ADMINISTRATIVE RECORD AND TO |
| 14  COMMISSIONER OF SOCIAL SECURITY, | MODIFY BRIEFING SCHEDULE |
| 15      Defendant. | (Doc. 14) |

16

17

18   Plaintiff Ronnie Sanders ("Plaintiff") seeks judicial review of an administrative decision

19   of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits

20   under the Social Security Act. (Doc. 1). On February 20, 2019, the parties filed a stipulation for

21   voluntary remand pursuant to sentence six 42 U.S.C. 405(g). (Doc. 7). The Court granted the

22   stipulation and remanded the action for further administrative action on February 22, 2019. (Doc.

23   8).

24   On January 10, 2023, the parties filed a stipulation to reopen. (Doc. 9). The Court granted

25   the request on January 20, 2023. (Doc. 12). The Court provided Defendant 90 days to file an

26   answer and certified administrative record for this action. *Id*. at 2.

27   Pending before the Court is the parties' stipulation, filed on May 2, 2023, in which they

28   seek an extension of time to file and serve the certified administrative record and to modify the

1  briefing schedule.  (Doc. 14).

2       Defendant filed the request for an extension of time 12 days after the due date for its

3  required answer and submission of the certified administrative record.  *Id*.  Requests for

4  extensions of time in the Eastern District of California are governed by Local Rule 144, which

5  provides: "Counsel shall seek to obtain a necessary extension from the Court or from other

6  counsel or parties in an action as soon as the need for an extension becomes apparent."  L.R.

7  144(d).

8       Here, although the Court acknowledges and regrets Counsel for Defendant's reported

9  unavailability due to a family emergency, it appears that emergency post-dated the deadline to

10  file the administrative record.  Given Counsel for Defendant's representations about the size of

11  the record and the need for additional time to construct the record, it should have become

12  apparent before the due date that such an extension was needed, and, hence, under Local Rule

13  144, Defendant was required to file his current request for extension of time before now.

14       The Court disfavors granting *nunc pro tunc* relief and directs Defendant to exercise better

15  care in anticipating any future requests for extensions of time and filing such requests well before

16  the terminal filing date that Defendant seeks to extend.  However, under the circumstances,

17  Defendant has demonstrated good cause for the extension.

18       Accordingly, for the reasons set forth in Defendant's unopposed motion and for good cause

19  shown, IT IS HEREBY ORDERED:

20      1.  Defendant shall file the certified administrative record by May 22, 2023; and

21      2.  The timelines for the filing of opening brief, response and reply shall be governed by

22         the Court's Scheduling Order (Doc. 3).

23  IT IS SO ORDERED.

24    Dated:  **May 2, 2023**                      _____

25                            UNITED STATES MAGISTRATE JUDGE

26

27

28