UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01388-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE OPENING BRIEF<br><br>(Doc. 17) |

  Plaintiff Ronnie Sanders ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On February 22, 2019, the Court remanded the action for further administrative action consistent with the parties' stipulated request. (Docs. 7, 8). On January 20, 2023, the Court reopened the case at the parties' request. (Docs. 9, 12). On May 22, 2023, Defendant filed the applicable administrative record. (Doc. 16).

  Pending before the Court is the parties' stipulated request, filed on August 2, 2023, to extend the time within which Plaintiff must file an opening brief. (Doc. 17). The stipulation request the Court extend Plaintiff's date to file an opening brief from August 25, 2023, to September 22, 2023. *Id*. at 1. For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension.

Accordingly, pursuant to o the stipulation, IT IS HEREBY ORDERED:

1. Plaintiff shall file the opening brief by September 22, 2023; and
2. The timelines for the filing of a response brief and reply shall be governed by the Court's Scheduling Order (Doc. 3).

IT IS SO ORDERED.

Dated:   **August 2, 2023**                    _____
                                                UNITED STATES MAGISTRATE JUDGE

2