UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01388-CDB (SS)<br><br>ORDER ON JOINT STIPULATION EXTENDING TIME TO FILE COMMISSIONER'S BRIEF AND OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 22) |

　　　　Plaintiff Ronnie Sanders ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On February 22, 2019, the Court remanded the action for further administrative action on the parties' stipulated request. (Docs. 7, 8). On January 20, 2023, the Court reopened the case at the parties' request. (Docs. 9, 12). On May 22, 2023, Defendant filed the applicable administrative record. (Doc. 16). Plaintiff filed an opening brief on September 22, 2023. (Doc. 21).

　　　　Pending before the Court is the parties' stipulation for order extending the time within which Defendant shall file a brief and/or opposition to Plaintiff's opening brief - from October 23, 2023, to December 5, 2023. (Doc. 22). For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension. Accordingly, pursuant to the stipulation, IT

IS HEREBY ORDERED:

1. Defendant shall file its brief and/or opposition by December 5, 2023; and
2. The timelines for the filing of a reply shall be governed by the Court's Scheduling Order (Doc. 3).

IT IS SO ORDERED.

Dated: __**October 25, 2023**__                    _____
                                    UNITED STATES MAGISTRATE JUDGE