UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS, | Case No. 1:18-cv-01388-CDB (SS) |
| Plaintiff, | ORDER GRANTING ON STIPULATION FOR SECOND EXTENSION OF TIME TO FILE COMMISSIONER'S BRIEF AND OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. 24) |

Plaintiff Ronnie Sanders ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On February 20, 2019, the Court remanded the action for further administrative action on the parties' stipulated request. (Docs. 7-8). On January 20, 2023, the Court reopened the case at the parties' request. (Docs. 9, 12). On May 22, 2023, Defendant filed the applicable administrative record. (Doc. 16). Plaintiff filed an opening brief on September 22, 2023. (Doc. 21).

Pending before the Court is Defendant's second stipulated request for order extending the time to file a brief and/or opposition to Plaintiff's opening brief—from December 5, 2023, to January 5, 2024. (Doc. 24). Defendant filed the request for a second extension of time on the same date its brief and/or opposition was due. As this Court advised the parties in connection with Defendant's belated request for an earlier extension, requests for extensions of time in the

Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d).

The Court previously has directed Defendant to exercise better care in anticipating any future requests for extensions of time and filing such requests "well before the terminal filing date that Defendant seeks to extend."  (Doc. 15 at 2).  While the Court acknowledges the unfortunate nature of the circumstances prompting Defendant to seek a second extension, the undersigned insists that Defendant forbear from filing any additional requests for extensions unless counsel attests and satisfies by declaration that the request is made "as soon as the need for an extension becomes apparent."

Accordingly, IT IS HEREBY ORDERED:

1.  Defendant shall file its brief and/or opposition by January 5, 2024; and

2.  The timelines for the filing of a reply shall be governed by the Court's Scheduling Order (Doc. 3).

IT IS SO ORDERED.

Dated:   **December 6, 2023**

UNITED STATES MAGISTRATE JUDGE