UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01388-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE COMMISSIONER'S BRIEF AND OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 24) |

Plaintiff Ronnie Sanders ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On February 20, 2019, the Court remanded the action for further administrative action on the parties' stipulated request. (Docs. 7-8). On January 20, 2023, the Court reopened the case at the parties' request. (Docs. 9, 12). On May 22, 2023, Defendant filed the applicable administrative record. (Doc. 16). Plaintiff filed an opening brief on September 22, 2023. (Doc. 21).

Pending before the Court is Defendant's third stipulated request for order extending the time to file a brief and/or opposition to Plaintiff's opening brief—from January 5, 2024, to January 12, 2024. (Doc. 26). In light of Defendant's representations and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant shall file its brief and/or opposition by January 12, 2024; and

1

2. The timelines for the filing of a reply shall be governed by the Court's Scheduling Order (Doc. 3).

IT IS SO ORDERED.

Dated: **January 5, 2024**

UNITED STATES MAGISTRATE JUDGE