UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE SANDERS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01388-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE COMMISSIONER'S BRIEF AND OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 28) |

    Plaintiff Ronnie Sanders ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On February 20, 2019, the Court remanded the action for further administrative action on the parties' stipulated request. (Docs. 7-8). On January 20, 2023, the Court reopened the case at the parties' request. (Docs. 9, 12). On May 22, 2023, Defendant filed the applicable administrative record. (Doc. 16). Plaintiff filed an opening brief on September 22, 2023. (Doc. 21). Thereafter, Defendant filed three stipulations seeking extensions of the time to respond to Plaintiff's brief. (Docs. 22, 24, 26).

    Pending before the Court is Defendant's fourth stipulated request for order extending the time to file a brief and/or opposition to Plaintiff's opening brief—from January 12, 2024, to February 12, 2024. (Doc. 27). As stated above, Plaintiff filed an opening brief over three months ago. (Doc. 21). Counsel for Defendant asserts she was not able to complete agency review prior

to January 5, 2023. (Doc. 28-1 at 3). Further, counsel states "upon further review following consultation of this matter, it became readily apparent that additional time may be needed in order to submit this matter to determine suitability for voluntary remand, requiring several levels of agency review." *Id*. In light of counsel's representations, the Court shall find good cause to grant Defendant's fourth request. Accordingly, IT IS HEREBY ORDERED:

1. Defendant shall file its brief and/or opposition by February 12, 2024; and
2. The timelines for the filing of a reply shall be governed by the Court's Scheduling Order (Doc. 3).

IT IS SO ORDERED.

Dated: **January 11, 2024**

_____
UNITED STATES MAGISTRATE JUDGE